UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>            Plaintiff,<br><br>     v.<br><br>**Antonio ALDAMA-Pacheco,**<br><br>            Defendant | Magistrate Docket No.<br><br>**'08 MJ 1 8 9 6**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **June 19, 2008** within the Southern District of California, defendant, **Antonio ALDAMA-Pacheco,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

 

SIGNATURE OF COMPLAINANT
James E. Bailey
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **20th DAY OF JUNE 2008**

Nita L. Stormes
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Antonio ALDAMA-Pacheco

## PROBABLE CAUSE STATEMENT

On June 19, 2008, Border Patrol Agent S. Kennerson, was conducting line watch operations in the Imperial Beach Border Patrol Station area of operations. At approximately 7:35 a.m., sector dispatch relayed via service radio of a seismic sensor activation in an area known as the "The Eleven Road". The Eleven Road is approximately 6 miles west of the San Ysidro, California Port of Entry and approximately 100 yards north of the United States/Mexico International Boundary.

Agent Kennerson responded to the area of the sensor activation and encountered an individual concealing himself in the brush near the edge of the Eleven Road. Due to the fact that this area is commonly used by undocumented immigrants to further their illegal entry into the United States, Agent Kennerson identified himself as a United States Border Patrol Agent and conducted an immigration inspection. The individual, later identified as the defendant **Antonio ALDAMA-Pacheco**, freely admitted to being a citizen and national of Mexico, not in possession of any immigration documents that would allow him to legally enter or remain in the United States. At approximately 7:45 a.m., Agent Kennerson arrested the individual and subsequently transported him to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **March 3, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.