

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>ANTONIO ALDAMA-PACHECO,<br><br>               Defendant. | Criminal Case No. 08 CR 2395 H<br>**(Superseding)**<br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1326(a)<br>and (b) - Deported Alien Found<br>in the United States (Felony) |

The United States Attorney charges:

On or about June 19, 2008, within the Southern District of California, defendant ANTONIO ALDAMA-PACHECO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

DATED: August 26, 2008.

KAREN P. HEWITT
United States Attorney

JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:rp(rp):San Diego
8/19/08