AO 455(Rev. 5/85) Waiver of Indictment

FILED
AUG 2 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ANTONIO ALDAMA-PACHECO

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR2395-H

I, ANTONIO ALDAMA-PACHECO, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed superseding information, and of my rights, hereby waive in open court on 8/26/08 prosecution by indictment and consent that the proceeding may be by a superseding information rather than by an indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer